# McCarthy Weisberg Cummings
### A Professional Corporation
ATTORNEYS AT LAW

JAMES J. MCCARTHY, JR.*  
LARRY A. WEISBERG  
DERREK W. CUMMINGS*ˆ

**2041 HERR STREET**  
HARRISBURG, PENNSYLVANIA **17103-1624**

OF COUNSEL  
SUELLEN M. WOLFE†*  
JOEL WEISBERG

† LL.M. (TAXATION)  
*CERTIFIED PUBLIC ACCOUNTANT  
ˆMEMBER ARIZONA BAR

PHONE: 717.238.5707  
FAX:      717.233.8133

August 24, 2017

The Honorable Susan E. Schwab  
United States Chief Magistrate Judge  
U.S. District Court, Middle District of Pennsylvania  
228 Walnut Street  
Harrisburg, PA  17101

    RE:   *Serra v. Trust Ambulance, Inc.*  
           No.: 1:17-cv-00810-YK-SES

Dear Judge Schwab:

    I am writing to advise you that the parties in this matter have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing and executing settlement documents. At this time parties are in agreement that the Court may process this case as settled.

    Should you have any questions, please contact me at (717) 238-5707.

    Sincerely,

    */s/ Larry A. Weisberg*

    Larry A. Weisberg  
    PA Bar ID # 83410

cc (via ECF):  Ryan P. Siney, Esq., Counsel for Defendant