**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALICIA SERRA,** | : | |
| Plaintiff | : | No. 1:17-cv-810 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| | : | (Chief Magistrate Judge Schwab) |
| **TRUST AMBULANCE, INC.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 25th day of August 2017, counsel having reported to the Court that the parties have reached a settlement in the above-captioned action (Doc. No. 10), **IT IS ORDERED THAT** this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated. The Clerk of Court is directed to **CLOSE** the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania